IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES M. WARNER**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　　　**4:21-CV-00479-BRW**

**RODNEY WRIGHT,** *et al.*　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 6th day of July, 2021.

　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE